UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Bryce Suchan,
Matthew Reece,
Joseph D. Thornblad,
Shawn Curry-Rakesh,
Joseph J. Pederson,
Peter Nelsen, and
Michael Gabrio,

Civil No.: 13cv3123 (MJD/SER)

Plaintiffs,

v.

**ORDER**

Lucinda Jesson,
*Commissioner of the Minnesota Department of Human Services*
and
Lori Swanson,
*Minnesota Attorney General's Office*

Defendants.

---

The above-captioned case comes before the undersigned on the Report and Recommendation [Docket No. 3] of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff Joseph J. Pedersen's application for leave to proceed *in forma pauperis*, (Docket No. 2), be **DENIED**; and

2. This action be **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated: February 10, 2014

*s/Michael J. Davis*
Michael J. Davis
Chief Judge
United States District Court